FILED

01/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0166

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0166

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

DAKOTA SCHLICHENMAYER,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 12, 2023, within which to prepare, file, and serve its response brief.

**BB**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 4 2023